# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3975
_____

LEE MEMORIAL HEALTH SYSTEM
d/b/a LEE MEMORIAL HOSPITAL,

Appellant,

v.

STATE OF FLORIDA, AGENCY FOR
HEALTH CARE ADMINISTRATION,

Appellee.

_____

On appeal from a Final Order of the Agency for Health Care Administration.
Elizabeth Dudek, Secretary.

February 27, 2019

PER CURIAM.

Appellant, Lee Memorial Health System, challenges a final order issued by the Agency for Health Care Administration ("AHCA"), finding it was overpaid with Medicaid funds for services provided to undocumented aliens. As AHCA is barred from conducting a retrospective review of prior authorized claims pursuant to section 409.905(5)(a), Florida Statutes, the Final Order is reversed and no overpayment is owed by Appellant. *Lee Mem'l Health Sys. Gulf Coast Med. Ctr. v. State of Fla., Agency for Health Care Admin.*, 1D16-1969, (Fla. 1st DCA Feb. 27, 2019).

REVERSED and REMANDED for entry of an order consistent with this opinion

B.L. THOMAS, C.J., and JAY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Joanne B. Erde and Donna Holshouser Stinson of Duane Morris LLP, Miami, for Appellant.

Tracy Cooper George of the Agency for Health Care Administration, Tallahassee, for Appellee.

2